# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00900-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 14) |

On January 28, 2022, the parties submitted a stipulated request for a sixty-day extension of time to extend Defendant's deadline to respond to Plaintiff's confidential letter brief from January 26, 2022 to March 28, 2022. (ECF No. 14.) The request the extension because the assigned lead attorney of record is currently on extended leave and is unable to brief the case or review Plaintiff's confidential letter brief. The parties additionally proffer the Commissioner anticipated counsel would return to the office prior to the current response date, but recently learned that counsel would be on extended leave. The parties therefore seek the extension until March 28, 2022 to provide time for counsel to return to the office and prepare a response or alternatively, to reassign the matter to another attorney.

The Court notes the parties do not directly address the fact that the stipulated request was filed two days after Defendant's deadline or seek a nunc pro tunc extension. The parties are reminded that requests to modify the briefing schedule that are made on the eve of a deadline or

thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.  If such a request is made after a deadline, the party seeking the nunc pro tunc extension must show additional good cause as to why the matter was filed late.  Nevertheless, it appears the counsel's extended leave was unexpected and the delay was not a result of bad faith.  Thus, based upon a review of the parties' stipulation for an extension of time, the Court finds good cause to grant the nunc pro tunc extension and to extend Defendant's deadline to respond to Plaintiff's confidential letter brief.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall have until March 28, 2022, to respond to Plaintiff's confidential letter brief; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 3) are modified accordingly.

IT IS SO ORDERED.

Dated:  **January 31, 2022**

UNITED STATES MAGISTRATE JUDGE