# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODIN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00900-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 3, 17, 18) |

On May 23, 2022, the parties submitted a stipulated request for an extension of time, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 18.) The parties seek a thirty-day extension of time to file Plaintiff's opening brief from May 25, 2022, to June 24, 2022. This is Plaintiff's second request for an extension of time to file the opening brief. Counsel proffers she requires additional time because she recently returned to California after being out of the state for several months due to her father's current health issues and is catching up on past due assignments as well as striving to ensure the timely submission of briefing assignments currently on calendar. (Id. at 1–2.) Counsel further proffers that, for the week of May 23, she currently has three merit briefs due. (Id. at 2.) The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 18) is

GRANTED;

2. Plaintiff shall have until **June 24, 2022**, to file the opening brief; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 3), as amended (see ECF Nos. 11, 13, 15, 17) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __May 24, 2022__

UNITED STATES MAGISTRATE JUDGE