# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00900-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE STATEMENT OF OPPOSITION OR NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE OPENING BRIEF<br><br>(ECF No. 20)<br><br>THREE DAY DEADLINE |

　　　On June 4, 2021, Monica Rodin ("Plaintiff") filed this action seeking judicial review of a final decision of the Defendant Commissioner of Social Security ("Defendant" or "Commissioner") denying her application for disability benefits pursuant to the Social Security Act. This Court has previously entered two stipulated thirty day extensions of time for Plaintiff to file the opening brief. (ECF Nos. 17, 18, 19.) On June 24, 2022, Plaintiff filed an *ex parte* motion to extend the deadline to file the opening brief by twenty (20) days, due to illness and eight other briefs due in the next two weeks.[1] (ECF No. 20.) Plaintiff indicates they emailed Defendant's counsel but did not obtain a response before filing. (Id.) Given this would be the third extension, and the motion was filed on the eve of the deadline, the Court shall order Defendant to file a statement indicating whether they oppose the requested extension.

---

[1] The Court is somewhat concerned about the burden of Plaintiff's counsel's current caseload.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a statement indicating whether they oppose Plaintiff's motion for an extension of the briefing schedule within three (3) days of entry of this order.

IT IS SO ORDERED.

Dated:  **June 27, 2022**

UNITED STATES MAGISTRATE JUDGE