# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODIN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00900-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF Nos. 25) |

On July 13, 2022, Plaintiff filed a stipulated motion requesting the deadline to file an opening brief be extend from July 14, 2022, to July 28, 2022. (ECF No. 25.) The Court finds good cause to grant the stipulated request.

Accordingly, Plaintiff's stipulated motion (ECF No. 25) is GRANTED, and Plaintiff shall file her opening brief on or before July 28, 2022.

IT IS SO ORDERED.

Dated:   **July 14, 2022**

UNITED STATES MAGISTRATE JUDGE

1