# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODIN,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-00900-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 28) |

On September 6, 2022, the parties filed a stipulated motion requesting the deadline for Defendant to file an opposition brief be extended from September 12, 2022, to November 14, 2022. (ECF No. 28.)  The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED; and

2. Defendant shall file an opposition brief on or before November 14, 2022.

IT IS SO ORDERED.

Dated:   **September 6, 2022**

                                                UNITED STATES MAGISTRATE JUDGE